maiming animals "shall set up a defence" that such killing or maiming has not been done from malice, but to prevent damage to a growing crop, then the fence must be four and a half feet high, does not mean that defendant shall specially plead such defence, acknowledging the killing; but simply that, in case the killing was done in a field where a crop was growing, and such a defence, in addition to a denial of the killing, might be urged from the testimony, then it should not avail the defendant unless the fence enclosing the field was of the proper height. It was therefore the duty of the court, in this case, to give the whole of §4612 and explain the law thereon to the jury; and his charge was not erroneous.

4. The verdict is supported by the evidence.

Judgment affirmed.

April 3, 1883.

JACKSON, Chief Justice.

---

HUTCHINS vs. THE STATE OF GEORGIA.

1. The evidence in this case demanded the verdict.
2. Where nearly six months elapsed between the time when it was charged that the crime was committed and the trial of the defendant therefor, that evidence of persons present at the time of the occurrence is discovered after the trial, furnishes no ground for new trial, in the absence of all explanation or reason for not producing such witnesses on the trial.
3. Newly discovered evidence, to be a ground for a new trial, must be pertinent to the issue on trial.
4. Where the discovery of a new witness is made a ground of a motion for new trial, it should be shown, not only who the new witness is, but where he resides, what is his character, and who are some of his associates, or the persons acquainted with him.   56 Ga., 403.

Judgment affirmed.

April 24, 1883.

CRAWFORD, Justice.

---

BLEYER et al. vs. OLD HICKORY DISTILLERY COMPANY et al.

1. At the September term, 1882, of this court, the docket was so heavy that it could not be completed on regular call before the beginning of the next term.   Under Code §4271 (a) et seq., the court passed and caused to be published an order requiring briefs and abstracts to be filed by Saturday, the last day of the term.   At the close of that day,